132 A.3d 454

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Tyrone LOWE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 12, 2015.

Decided Feb. 16, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice EAKIN did not participate in the consideration or decision of this matter.